IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARLOS ANTONIO DIAZ SANTANA, Immigration No. A240-606-868, *Petitioner*, V. KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MIGUEL VERGARA, in his official Capacity as Director of the San Antonio Field Office of ICE, Enforcement and Removal Operations; RAYMOND E. THOMPSON, Warden of the Karnes County Immigration Processing Center; and DAREN K. MARGOLIN, Director of the Executive Office for Immigration Review, *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-00380-FB |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is Plaintiff's Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief (the "Petition") (ECF No. 1), filed by Petitioner Carlos Antonio Diaz Santana, who is currently detained in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of

process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

>Stephanie Rico, the Civil Process Clerk
>United States Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve Respondent Warden, Karnes County Immigration Processing Center, with copies of the Petition (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

>Warden
>Karnes County Immigration Processing Center
>409 FM 1144
>Karnes City, TX 78118.

IT IS FURTHER ORDERED that **Respondents shall file a response to the petition within five (5) days of the date of service.** In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioners' detention, Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences: *Vega-Vega v. Bondi*, No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons*, No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV 1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*,

Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than a request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, **if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.**

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer the above-named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.**

It is so ORDERED.

SIGNED this 26th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE